■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIQUE LUCAS, Appellant. [891 NYS2d 679]

Defendant was charged in a 16-count indictment with numerous crimes following a vicious assault on an elderly woman during which the victim's purse was snatched and bleach was thrown in her eyes. She pleaded guilty to robbery in the first degree in full satisfaction of the charges and waived her right to appeal. Thereafter, she was sentenced in accordance with the plea agreement to 16 years in prison, to be followed by four years of postrelease supervision. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, counsel's brief and defendant's pro se submission, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, J.P., Rose, Malone Jr., Stein and Garry, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.